**FILED**
Jun 03, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> DESTENY SALAZAR, <br>     Defendant. | CASE NO. 2:20-mj-0085 EFB <br><br> SEALING ORDER <br><br> **UNDER SEAL** |

### ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: June 2, 2020

Hon. EDMUND F. BRENNAN
United States Magistrate Judge

SEALING ORDER     1