Case 2:20-cr-00105-KJM   Document 27   Filed 06/26/20   Page 1 of 1

FILED
June 26, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESTINY ESTELLA LEILANI SALAZAR<br><br>Defendant. | Case No. 2:20-cr-00105-KJM-5<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release TRACY WHITFIELD Case No. 2:20-cr-00105-KJM-5 Charges 18 USC § 922(j), 922(u) from custody for the following reasons:

__X__  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

    _____  Unsecured Appearance Bond $ _____

    _____  Appearance Bond with 10% Deposit

    _____  Appearance Bond with Surety

    _____  Corporate Surety Bail Bond

    _____  (Other): Pretrial release conditions as stated on the record in open court.

Issued at Sacramento, California on June 26, 2020 at 2:00 PM

Dated: June 26, 2020

By: _____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE