UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 26, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00105-KJM-5 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| DESTINY ESTELLA LEILANI SALAZAR | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TRACY WHITFIELD  Case No. 2:20-cr-00105-KJM-5  Charges  18 USC § 922(j), 922(u)  from custody for the following reasons:

     **X**      Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ _____

        _____  Unsecured Appearance Bond $ _____

        _____  Appearance Bond with 10% Deposit

        _____  Appearance Bond with Surety

        _____  Corporate Surety Bail Bond

        _____  (Other):  Pretrial release conditions as stated on the record in open court.

Issued at Sacramento, California on June 26, 2020 at 2:00 PM

Dated:  June 26, 2020

By: _____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE