UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 26, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESTINY ESTRELLA LEILANI SALAZAR<br><br>Defendant. | Case No.  2:20-cr-00105-KJM-5<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DESTINY ESTRELLA LEILANI SALAZAR Case No. 2:20-cr-00105-KJM-5 Charges 18 USC § 922(j), 922(u) from custody for the following reasons:

    X    Release on Personal Recognizance

          Bail Posted in the Sum of $

          Unsecured Appearance Bond $

          Appearance Bond with 10% Deposit

          Appearance Bond with Surety

          Corporate Surety Bail Bond

          (Other): Pretrial release conditions as stated on the record in open court.

Issued at Sacramento, California on June 26, 2020 at 2:00 PM

Dated:  June 29, 2020

By: _____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE