**M. JARED FAVERO #270426**
**Law Office of Jared Favero**
2233 Park Towne Circle
Sacramento, CA 95825
Telephone: (916) 709-1408
Facsimile: (916) 488-6756
Email: faverolaw@gmail.com

Attorney for Defendant
DESTENY SALAZAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00105 KJM |
| Plaintiff, | [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| v. | |
| DESTENY ESTRELLA LEILANI SALAZAR | Judge: Hon. ALLSION CLAIRE |
| Defendant. | |

IT IS HEREBY REQUESTED by defendant, through her attorney, that release conditions imposed on Ms. Salazar on September 23, 2020 (Dkt. 61), may be modified, and the government has indicated it will not oppose the following modification as to curfew:

**Current Condition** (to be striken):

12. HOME DETENTION: You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services

1

officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

**New Condition** (to be added):

12. CURFEW: You must remain insider your residence every day from 8:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

DATED: October 23, 2020                                  /s/ M. Jared Favero

                                                                              M. JARED FAVERO

                                                                              Attorney at Law

                                                                              Attorney for Desteny Salazar

## **ORDER**

The previous item 12 is stricken and the following release condition is added:

12. CURFEW: You must remain insider your residence every day from 8:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other conditions shall remain in force.

DATED: October 26, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE