**M. JARED FAVERO #270426**
**Law Office of Jared Favero**
2233 Park Towne Circle
Sacramento, CA 95825
Telephone: (916) 709-1408
Facsimile: (916) 488-6756
Email: faverolaw@gmail.com

Attorney for Defendant
DESTENY SALAZAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00105 KJM |
| Plaintiff, | ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| v. | |
| DESTENY ESTRELLA LEILANI SALAZAR | Judge: Hon. KENDALL J. NEWMAN |
| Defendant. | |

IT IS HEREBY REQUESTED by defendant, through her attorney, that release conditions imposed on Ms. Salazar on June 30, 2020 (Dkt. 37), may be modified, and the government has indicated it will not oppose the following modification as to curfew:

**Current Conditions** (to be striken):

13. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all

1

instructions for the use and operation of said devices as given to you by Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based on your ability to pay, as determined by the pretrial services officer.

14. CURFEW: You must remain inside your residence every day from 8:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

DATED: January 18, 2021    /s/ M. Jared Favero

M. JARED FAVERO

Attorney at Law

Attorney for Desteny Salazar

2

### **ORDER**

The previous Special Conditions of Release, items 13 (Electronic Monitoring) and 14 (Curfew) for DESTENY ESTRELLA LEILANI SALAZAR are stricken.

All other conditions shall remain in force.

Dated: January 19, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE