UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESTENY ESTRELLA LEILANI SALAZAR,<br><br>Defendant. | No. 2:20-CR-00105-KJM / 2:22-CR-00208-KJM<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DESTENY ESTRELLA LEILANI SALAZAR; Case No. 2:20-CR-00105-KJM / 2:22-CR-00208-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

    __ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

__X__ (Other): <u>Time Served</u>.

Issued at Sacramento, California on  1/8/24 , at  9:45 am

Kimberly J. Mueller
United States District Judge